# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KARL J. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>TODD KURTZ, DETECTIVE BEYER,<br>and CORP. ZIENTEK,<br><br>Defendants. | Case No. 18-CV-1234-JPS |
| KARL J. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>TROY JANKOWSKI,<br><br>Defendant. | Case No. 18-CV-1235-JPS<br><br>**ORDER** |

Plaintiff filed these actions on August 10, 2018. Plaintiff filed a certified copy of his prison trust account statement as required by the Prison Litigation Reform Act ("PLRA") in both cases. 18-CV-1234, (Docket #3); 18-CV-1235, (Docket #3). These were, however, only partial statements, containing account information for the prior three months. *Id.* On August 21, 2018, the Court ordered Plaintiff to file account statements with six months of information, as required by the PLRA, no later than September 11, 2018. 28 U.S.C. § 1915(a)(2); 18-CV-1234, (Docket #6); 18-CV-1235, (Docket #6).

That deadline passed without Plaintiff filing the required account statements. The Court then generously extended the deadline to October 12, 2018. 18-CV-1234, (Docket #8); 18-CV-1235, (Docket #8). Thereafter, Plaintiff filed two letters in October, stating various difficulties in obtaining the account statements. 18-CV-1234, (Docket #9 and #10); 18-CV-1235, (Docket #9 and #10). The last letter was filed on October 15, 2018, and nothing has been heard from Plaintiff since.

Plaintiff was repeatedly warned that failure to submit the account statements would result in the dismissal of this action. 18-CV-1234, (Docket #6 and #8); 18-CV-1235, (Docket #6 and #8). Plaintiff has had ample time to file them and has still not done so. The Court will, therefore, dismiss these actions without prejudice for want of prosecution. Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that these actions be and the same are hereby **DISMISSED without prejudice.**

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of October, 2018.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge